In re Gauthreaux, Betty; Gauthreaux, Paul E., Est. of; Gauthreaux, Donald Paul; Bellot, Laura Lynn; Le Blanc, Penny Elizabeth; Braud, Trudy Anne; Gauthreaux, Colin James; Gauthreaux, Jane Kathryn; Schwartz, Kitty Judith; Gauthreaux, Kelly Jude; Bankston, Allison; Gauthreaux, Jodie Elizabeth; — Plaintiffs); applying for writ of certiorari and/or review; Parish of Iberville, 18th Judicial District Court, Div. “B”, No. 34,733; to the Court of Appeal, First Circuit, No. CA95 0549.
Denied.